

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In the Interest of Gabriela Angelica Reyes, Miguel Reyes and Daisy J. Reyes, Children., | § | No. 08-22-00085-CV |
| | § | Appeal from |
| Appellant. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2006CM6082) |
| | § | |

**O R D E R**

It is ORDER of this Court that the Appellant's brief received in this office on June 10, 2022, not be filed. The same not being prepared in accordance with Rule 38.1 of the Texas Rules of Appellate Procedure, namely Rule 38.1(a), (b), (d), (f), (g), and (h). Specifically, the rules and this Court required record references within sections (d), (f), and (h). Therefore, the above mentioned brief is being returned and a corrected brief shall be prepared and filed with this Court on or before July 3, 2022.

IT IS SO ORDERED this 13th day of June, 2022.

PER CURIAM

Before, Rodriguez C.J., Palafox and Alley, JJ.

1